Argued April 23, affirmed April 23, 1973

STATE OF OREGON, *Respondent, v.* WILLIAM RICHARD McCLATCHEY (No. 72-3676), *Appellant.*

508 P2d 817

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.